UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-21610-RAR

JAMES WATSON,

     Plaintiff,

v.

SURF STYLE, INC, d/b/a Surf Style

     Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JAMES WATSON and Defendant, SURF STYLE, INC, d/b/a Surf Style, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and this Court Order [DE 14], stipulate to the dismissal of this action with prejudice against the named Defendants, with each party is to bear its own costs and attorney's fees.

Respectfully submitted this June 27, 2024.

| | |
|---|---|
| By: */s/ J. Courtney Cunningham* | By: */s/ William E. Calnan* |
| J. Courtney Cunningham, Esq. | William E. Calnan, Esq. |
| FBN: 628166 | Florida Bar No. 938785 |
| **J. COURTNEY CUNNINGHAM, PLLC** | **THE TARICH LAW FIRM P.A.** |
| 8950 SW 74th Court, Suite 2201 | 1946 Tyler Street |
| Miami, Florida 33156 | Hollywood, FLorida 33020 |
| T: 305-351-2014 | Telephone: (305) 503-5095 |
| cc@cunninghampllc.com | Facsimile: (866) 858-1226 |
| legal@cunninghampllc.com | Wcalnan@TarichLaw.com |
| | Assistant2@TarichLaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**Watson v. Surf Style, Inc.**
**Case No. 24-cv-21610-RAR**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 27, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*